# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **RICHARD W. PORTER, JR.** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MCDERMOTT FAMILY,** )<br>**JAMES MCDERMOTT AND** )<br>**THE CITY OF FRAMINGHAM,** )<br>**AND NANCY MORINO FIGZY,** )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 24-CV-40076-MRG |

## ORDER OF DISMISSAL

**Guzman, D.J.**

In accordance with the Report and Recommendation dated 7/24/24, Docket No. 3, recommending the action be DISMISSED as frivolous, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

 8/8/24                                                        /s/Suzanne Frisch
Date                                                           Deputy Clerk